IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DALLAS LEVON SIMMONS, #180081, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09cv1068-ID |
| | ) (WO) |
| JERRY STOKES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 18, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to either request leave to proceed *in forma pauperis* or pay the requisite filing fee upon the initiation of this case.

Done this the 12th day of January, 2010.

/s/ Ira DeMent
Ira DeMent
Senior United States District Judge